POSTAL TELEGRAPH-CABLE COMPANY, Respondent, *v.* DEPEW AND LANCASTER LIGHT, POWER AND CONDUIT COMPANY, Appellant.

(Argued May 31, 1929; decided July 11, 1929.)

*Philip A. Laing* and *Warren Tubbs* for appellant.

*James O. Moore* and *William C. Fitts* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.